# F I L E D

7/18/02

APR 0 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

### IN FORMA PAUPERIS APPLICATION
### AND
### FINANCIAL AFFIDAVIT

_Lawrence A. Hawthorne_
_____
Plaintiff

v.

WiNNebago Co. Jail
SHERiFF, Richard A. MEYER, WiN. CO. Jail
Asst. Warden Wright, STATE V. Ile C.C.
Defendant(s)
WARDEN McCANN, Stateville S.C.
Supt. Engleson, Stateville C.C.

08 C 5 0 0 5 4

CASE NUMBER _____

JUDGE __Kapala__

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I _Lawrence A. Hawthorne_ , declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____)in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒Yes  ☐No  (If "No," go to Question 2)
   I.D. # _A08052_ Name of prison or jail: _Dixon C.C._
   Do you receive any payment from the institution? ☐Yes ☐No  Monthly amount: $ _9.40_

2. Are you currently employed?  ☐Yes  ☒No
   Monthly salary or wages:_____
   Name and address of employer: _____
   _____

   a. If the answer is "No":
      Date of last employment:_____
      Monthly salary or wages:_____
      Name and address of last employer:_____
      _____

   b. Are you married?  ☐Yes  ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____
      _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages
   Amount_____ Received by_____  ☐Yes  ☒No

b.  ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☑No
Amount_____Received by_____

c.  ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☑No
Amount_____Received by_____

d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐Yes ☑No
Amount_____Received by_____

e.  ☐ Gifts or ☐ inheritances ☐Yes ☑No
Amount_____Received by_____

f.  ☐Any other sources (state source:_____) ☐Yes ☑No
Amount_____Received by_____

4.  Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?        ☐Yes  ☑No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5.  Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?                      ☐Yes  ☑No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6.  Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes   ☑No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7.  Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐Yes  ☑No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☑No dependents

_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _3/26/08_

_Lawrence A. Hawthorne_
Signature of Applicant

_Lawrence A. Hawthorne_
(Print Name)

---

**NOTICE TO PRISONERS:** _A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts._ Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, **Lawrence Hawthrone**, I.D.# **A08052**, has the sum

of $ **1.57** on account to his/her credit at (name of institution) **Dixon Correctional Center**.

I further certify that the applicant has the following securities to his/her credit: **unknown**. I further

certify that during the past six months the applicant's average monthly deposit was $ **see attached**

(Add all deposits from all sources and then divide by number of months).

_4/2/08_
DATE

_Nedra Chandler (sm)_
SIGNATURE OF AUTHORIZED OFFICER

**Nedra Chandler**
(Print name)

**Date:** 4/2/2008

**Time:** 12:01pm

d_list_inmate_trans_statement_composite

**Dixon Correctional Center**

**Trust Fund**

Inmate Transaction Statement

REPORT CRITERIA - Date: 10/02/2007 thru End;     Inmate: A08052;     Active Status Only ? : No;     Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print
Balance Errors Only ? : No

**Inmate: A08052 Hawthrone, Lawrence**                        **Housing Unit: DIX-NW-31-13**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| | | | | | Beginning Balance: | | 0.00 |
| 03/14/08 | Payroll | 20 Payroll Adjustment | 074115 | | P/R month of 02/2008 | 4.76 | 4.76 |
| 03/21/08 | Point of Sale | 60 Commissary | 081726 | 567128 | Commissary | -3.19 | 1.57 |

| | |
|---|---|
| **Total Inmate Funds:** | 1.57 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | 1.57 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |