**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Western Division**

Lawrence A Hawthorne

                    Plaintiff,

v.                                         Case No.: 3:08–cv–50054
                                           Honorable Frederick J. Kapala

Winnebago County Jail, et al.

                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 28, 2008:

        MINUTE entry before the Honorable P. Michael Mahoney: Video Status hearing/Settlement conference held on 5/28/2008. As stated in open court, this case is dismissed without prejudice. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.